# CIVIL MINUTES-GENERAL

**Case No.:** **CV 17-7355-ODW (PLAx)**             **Date: June 20, 2018**

**Title:** **Nolan Miller Incorporation v. Kevin Scott Hees**

---

**PRESENT: THE HONORABLE    PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**
           NONE                                                       NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Pursuant to the Court's May 8, 2018, Order, defendant's Confidential Settlement Conference Statement, as required by the May 3, 2018, Order re Settlement Conference, was due no later than June 19, 2018.

Defendant has not submitted the required Statement. Accordingly, defendant is ordered to show cause, **no later than noon on Friday, June 22, 2018**, why sanctions should not be imposed for failure to comply with a Court order. Submission by noon, June 22, 2018, of defendant's Confidential Settlement Conference Statement fully consistent with the May 3, 2018, Order shall be deemed compliance with this order to show cause.

Plaintiff's Confidential Settlement Conference Statement far exceeds the five-page length mandated by the May 3, 2018, Order. Accordingly, **no later than noon on Friday, June 22, 2018**, plaintiff is ordered to submit a revised Confidential Settlement Conference Statement fully consistent with the May 3, 2018, Order. Failure to do so may result in the imposition of sanctions.

cc:      Counsel of Record
          Kevin Scott Hees, pro se

Initials of Deputy Clerk     ch